# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-mj-6347-MPK |
| Xiaolei Wu | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 22-24, 2022  in the county of  Suffolk  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A | Stalking |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Andrew Kirk

*Complainant's signature*

Andrew Kirk, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 9, 2022

*Judge's signature*

City and state: Boston, Massachusetts

M. Page Kelley, U.S. Chief Magistrate Judge

*Printed name and title*